John Burlingame, Respondent, *v.* William H. Mandeville, Appellant.

(Argued March 12, 1889; decided March 29, 1889.)

Appeal from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made July 21, 1885, which affirmed a judgment in favor of plaintiff, entered upon a verdict.

*Frank Rumsey* for appellant.

*J. H. Waring* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.